# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2007

134729

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

KENDELL FRANKLYN LEE,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 134729
COA: 278521
Kent CC: 06-002469-FC

On order of the Court, the application for leave to appeal the July 30, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2007

Clerk

p1119